**Oliver F. MARSTON, Appellant,**

v.

**J. C. PENNEY COMPANY, INC., Appellee.**

**No. 72-1424.**

United States Court of Appeals, Fourth Circuit.

Argued Nov. 1, 1972.

Decided Dec. 6, 1972.

New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

Alfred P. Ewert, New York City (Morgan, Finnegan, Durham & Pine, New York City, Herndon P. Jeffreys, Jr., J. Murray Hooker and Jeffreys & Lawler, Richmond, Va., on brief), for appellant.

W. Brown Morton, Jr., Washington, D. C. (James N. Dresser, Morton, Bernard, Brown, Roberts & Sutherland, Washington, D. C., Edward A. Marks, Jr. and Sands, Anderson, Marks & Clarke, Richmond, Va., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and WINTER and RUSSELL, Circuit Judges.

PER CURIAM:

We affirm on the opinion of the District Court. Marston v. J. C. Penney Co., Inc., E.D.Va., 324 F.Supp. 889.

Affirmed.